**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form DEN

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: Jumoke Oyedele | Case No.: 08–45314 RN 7 |
|---|---|
| Debtor(s) | Chapter: 7 |

## NOTICE OF ORDER
## DENYING DISCHARGE

    Notice is hereby given that an order denying the discharge of the above–captioned debtor(s) was entered on **5/11/09**.

Please refer to all documents on file with the Clerk of the United States Bankruptcy Court for particulars.


Dated: 5/11/09                For the Court:

                                        Gloria L. Franklin
                                        Clerk of Court
                                        United States Bankruptcy Court