# Notice Recipients

District/Off: 0971–4  User: plenhart  Date Created: 5/11/2009
Case: 08–45314  Form ID: DEN  Total: 58

**Recipients of Notice of Electronic Filing:**
ust  Office of the U.S. Trustee/Oak  USTPRegion17.OA.ECF@usdoj.gov
tr  Lois I. Brady  loisbrady@sbcglobal.net
aty  David J. Cook  CookdavidJ@aol.com
aty  David K. Eldan  deldan@pmcos.com
aty  Michael J. McQuaid  MMcQuaid@carr–mcclellan.com
aty  Wahida Noorzad  wnoorzad@hotmail.com

                                                                        TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Jumoke Oyedele  430 Camberly Court  San Ramon, CA 94583
cr  Align Technology, Inc.  c/o Cook Collection Attorneys, P.L.C.  P.O. Box 270  San Francisco, CA 94104–0270
cr  The Huntington National Bank  c/o David K. Eldan  Parker, Milliken, et al.  555 S. Flower St., 30th Fl.  Los Angeles, CA 90071–2440
cr  Jeffrey P. Widman  101 Race St. #100  San Jose, CA 95126–3041
smg  Labor Commissioner  1515 Clay St.  Room 801  Oakland, CA 94612
smg  State Board of Equalization  Collection Dept.  P.O. Box 942879  Sacramento, CA 94279
smg  CA Employment Development Dept.  Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280–0001
smg  CA Franchise Tax Board  Special Procedures Bankruptcy Unit  P.O. Box 2952  Sacramento, CA 95812–2952
9497752  Alighn Technologies  c/o Cook Perkiss  Cook Collection Attorneys, PLC  P.O. Box 270  San Francisco, CA 94102
9509765  Align Technology, Inc.  c/o David J. Cook, Esq.  Cook Collection Attorneys, P.L.C.  P.O. Box 270  San Francisco, CA 94104–0270
9497753  Ambrose Dental Lab  630 Mowry Ave.  Fremont, CA 94536
9497754  Arnold Dental Supply  16531 13th Ave., #A102  Lynnwood, WA 98037
9497755  Bay Focus Lab  P.O. Box 41005  San Jose, CA 95160
9497756  Capital One  P.O. Box 30281  Salt Lake City, UT 84130–0281
9497757  Capital One  P.O. Box 60024  City of Industry, CA 91716–0024
9497758  Carol Hamilton  c/o Pacific edge Dental  317 S. Brand Ave.  Glendale, CA 91204
9497759  Charles Kramer  1010 West Taylor  San Jose, CA 95126
9497760  City of San Jose  200 East Santa Clara St.  San Jose, CA 95113
9497761  Collection Associates  1111 Willow Street  San Jose, CA 95125–3186
9497762  Comerica Bank  Attn: Internal Services–Garnishment  P. O. Box 75000  Detroit, MI 48275–354
9497763  Computershare  P.O. Box 43010  Providence, RI 02940
9497765  Continental Lab  1873 Western Way  Torrance, CA 90501
9497766  Darby Dental  c/o Allen, Maxwell &Silver, Inc.  P.O. Box 26582  New York, NY 10087–6582
9497767  De Lage Landen Financial  P.O. Box 41601  Philadelphia, PA 19101–1601
9497768  Dental Arts LAb  241 North East Perry Ave.  Peoria, IL 61603
9497769  Dr. John Wong  1623 Calero creek Hts  Milpitas, CA 95035
9497770  Employment Development Dept.  745 Franklin St., Suite 400  San Francisco, CA 94102
9497771  GE Retail Finance  c/o Global Integrity  16625 Park Row  Houston, TX 77084
9497772  Huntington Bank  2361 Morse Rd. NC2W67  Columbus, OH 43229
9497774  IRS  c/o Greg Yarbrough  3003 Water St., Suite 3  Santa Cruz, CA 95060
9497773  Internal Revenue Service  P.O. Box 21126  Philadelphia, PA 19114
9497775  Jeff Widman  101 Race St. #100  San Jose, CA 95126
9497776  Kaiser Foundation  P.O. Box 60000  San Francisco, CA 94160
9497777  Majestic Dental Supply, Inc.  1122 Aster Avenue, suite J  Sunnyvale, CA 94086
9497778  Mary Sanchez  c/o Gary Broiles  4340 Stevens Creek Blvd. #160  San Jose, CA 95129
9497779  Medical Capital  c/o John G. Neal  30 Northwoods Blvd.  Columbus, OH 43235
9497764  Mesa Leasing  4180 Ruffin Rd. #205  San Diego, CA 92123
9497780  Mesa Leasing  4180 Ruffin Rd., Suite 205  San Diego, CA 92123
9525223  Mesa Leasing, Inc.  Peter J. Veiguela  Hemar, Rousso and Heald  15910 Ventura Blvd. 12th fl.  Encino, CA 91436
9497781  Mind Craft Lab  328 Digital Drive  Morgan Hill, CA 95037
9497782  Orapros Dental Lab  c/o Ortho Dent  Revenue Assurance Pertners  19399 Helenberg Rd.  Covington, LA 70433
9497783  PODS, Inc.  5585 Rio Vista Drive  Clearwater, FL 33760
9497784  R.E.F.S. Inc  9070 Irvine Center Drive, Suite 120  Irvine, CA 92618
9497785  Robert Rutner &Ronald Goldman  55 Main Street  Belvedere Tiburon, CA 94920
9497786  Smith–Sterling  c/o Continental Commercial Group  317 S. Brand Blvd.  Glendale, CA 91204–1701
9497787  State of California, Labor Commissioner  Dept. of Industrial Relations  100 Paseo De San Antonio, Suite 120  San Jose, CA 95113
9497788  Thomas E. Shuck, Esq.  555 South Flower St. 30th Floor  Los Angeles, CA 90071

| | | | | |
|---|---|---|---|---|
| 9497789 | Trident Dental | c/o Law Offices of Ross Gelfand | 1265 Minhinette Dr., Suite 150 | Roswell, GA 30075 |
| 9497790 | Union Bank of California | c/o Legal Process Dept. | P.O. Box 12882 | Oakland, CA 94604–2882 |
| 9497791 | Valmark Dental Studio | 689 E. Remington Dr., Suite D | Sunnyvale, CA 94087 | |
| 9497792 | Valpak of San Jose | c/o NCO Financial Systems | P.O. Box 15630 Dept. 23 | Wilmington, DE 19850 |
| 9497793 | Wells Fargo Bank | MAC S3928–021 | P.O. Box 29779 | Phoenix, AZ 85038 |

TOTAL: 52